UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-01674JVS(ADSx)  Date  January 13, 2020

Title  Litrinium, Inc v MACOM Technology Solutions, Inc, et al

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Charles Barquist | Andrew Holland |
| Jared Braithwaite | Nathaniel Lipanovich |

**Proceedings:**  1. Defendant's Motion to Strike First Amended Complaint
2. Scheduling Conference

    Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued. Motion is argued and taken under submission.  The Scheduling Conference is ordered VACATED, and will be re-noticed if leave to amend is granted.

                                                                                                                                :    40

Initials of Preparer    lmb