Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Misasha S. Graham/Bar No. 237187
mgraham@thoits.com
Nathaniel H. Lipanovich/Bar No. 292283
nlipanovich@thoits.com
**THOITS LAW**
A Professional Law Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:   (650) 325-5572

**Attorneys for Defendant
MACOM Technology Solutions Inc.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **LITRINIUM, INC.,**<br><br>              Plaintiff,<br><br>v.<br><br>**MACOM TECHNOLOGY SOLUTIONS INC.; and DOES 1 through 20, inclusive,**<br><br>              Defendants. | Case No. **8:19-cv-01674-JVS-JDE**<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW HOLLAND IN SUPPORT OF DEFENDANT MACOM TECHNOLOGY SOLUTIONS INC.'S MOTION FOR ATTORNEYS' FEES**<br><br>Assigned to:   Hon. James V. Selna<br>Trial Date:      None set<br>Hearing Date:  June 8, 2020<br>Hearing Time: 1:30 p.m. |

I, Andrew Holland, declare as follows:

　　1.　　I am over eighteen years of age and am competent to testify about the matters set forth herein.

　　2.　　I am an attorney at law, duly licensed to practice before this court, and am a shareholder with the law firm of Thoits Law, attorneys of record for Defendant

MACOM Technology Solutions Inc. ("MACOM") in this case.  I have personal knowledge of the following facts set forth in this declaration based on my work on this case and review of the file and, if called as a witness, could competently testify as to the matters set forth below.

3.     I reviewed the firm's billings entries for this case and determined the time incurred on the reply brief for the fee motion thus far.  The total amount of fees sought for the reply brief incurred as of the filing of the fee motion, organized by timekeeper, are set forth below.  Billing for this work has not been completed.  As a summary, Mr. Lipanovich prepared the first draft of the reply brief and supporting documents (including related research) and finalized the reply brief.   Mr. Boennighausen revised the reply brief.  I reviewed and finalized the reply brief and this declaration and provided guidance and input throughout the process.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Andrew Holland | .8 | $500 | $400 |
| Mark Boennighausen | 1.2 | $395 | $474 |
| Nathaniel Lipanovich | 3.6 | $450 | $1,620 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on May 26, 2020, in Los Altos, California.

*/s/ Andrew Holland*
**Andrew Holland**

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

SUPP. DECLARATION OF A. HOLLAND ISO MOTION FOR ATTORNEYS' FEES